UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIAH GRIFFIN,<br><br>                                Plaintiff,<br><br>         -against-<br><br>KATHERINE DEMARTINI, ASSISTANT DISTRICT ATTORNEY (PROSECUTOR); JUDGE APRIL NEWBAUER; JUDGE BETH BELLER; JUDGE MIRIAM BEST,<br><br>                                Defendants. | 25-cv-0674 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 09, 2025, order, this action is dismissed without prejudice to Plaintiff filing a petition under 28 U.S.C. § 2241 after he has exhausted his state court remedies.

Because Plaintiff has not, at this time, made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 10, 2025
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge